Fleur T. TEHRANI, PH.D., Plaintiff–Appellant,

v.

POLAR ELECTRO and Polar Electro Oy, Defendants–Appellees,

and

Physi–Cal Enterprises, Defendant,

and

Cat Eye Co., Ltd., Defendant–Appellee.

No. 2008–1135.

United States Court of Appeals, Federal Circuit.

Dec. 5, 2008.

William C. Rooklidge, Howrey LLP, of Irvine, California, argued for plaintiff-appellant. With him on the brief was Henry A. Petri, Jr., of Houston, Texas.

John P. Moran, Holland & Knight LLP, of Washington, DC, argued for defendants-appellees Polar Electro, et al. With him on the brief was Tamara F. Carmichael, of New York, New York.

Joseph M. Kuo, Olson & Cepuritis, Ltd., of Chicago, Illinois, argued for defendant-appellee Cat Eye Co., Ltd. With him on the brief were Seymour Rothstein and Matthew D. Kellam.

Before NEWMAN, RADER and PROST, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.